[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: April 9, 2021**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Michael Ditrani

Lillian Ditrani

Case No.
6:21–bk–01033–LVV
Chapter 7

_____Debtor*_____/

### ORDER STRIKING AMENDED VOLUNTARY PETITION AND AMENDED STATEMENT OF SOCIAL SECURITY NUMBER

THIS CASE came on for consideration, without hearing, of the Amended Voluntary Petition and Amended Statement of Social Security Number filed April 8, 2021, Doc. No. 8 and 9. The Amended Voluntary Petition and Amended Statement of Social Security Number is deficient as follows:

   The Amended Voluntary Petition and Amended Statement of Social Security Number does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013–3.

   Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix, for the correct case, obtained from the Clerk of Court was either not attached or the wrong matrix was attached. Fed. R. Bankr. P. 1009(a), 3015(g) and Local Rule 9013–3(e).

   .

Accordingly, it is **ORDERED**:

The Amended Voluntary Petition and Amended Statement of Social Security Number is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two

individuals.