United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 21-01033-LVV
Michael Ditrani                                                 Chapter 7
Lillian Ditrani
         Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-6                    User: rscanlon                         Page 1 of 2
Date Rcvd: Jun 22, 2021                 Form ID: B318                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael Ditrani, Lillian Ditrani, 107 Powell Blvd. Apt. 3108, Daytona Beach, FL 32114-7160 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29417280 | + | EDI: AMEREXPR.COM | Jun 23 2021 01:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29417281 | + | EDI: AMEREXPR.COM | Jun 23 2021 01:18:00 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29417282 | | EDI: BANKAMER.COM | Jun 23 2021 01:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 29417283 | + | EDI: CAPITALONE.COM | Jun 23 2021 01:18:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29417285 | + | EDI: CITICORP.COM | Jun 23 2021 01:18:00 | Citi/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 29417286 | | EDI: WFNNB.COM | Jun 23 2021 01:18:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 29417287 | | EDI: WFNNB.COM | Jun 23 2021 01:18:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 29417288 | + | EDI: WFNNB.COM | Jun 23 2021 01:18:00 | Comenity/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29417289 | + | EDI: WFNNB.COM | Jun 23 2021 01:18:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 29417290 | + | EDI: DISCOVER.COM | Jun 23 2021 01:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29417278 | | EDI: FLDEPREV.COM | Jun 23 2021 01:18:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29417279 | | EDI: IRS.COM | Jun 23 2021 01:18:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29417284 | | EDI: JPMORGANCHASE | Jun 23 2021 01:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 29417291 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 22 2021 21:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 29417293 | + | EDI: RMSC.COM | Jun 23 2021 01:18:00 | SYNCB/Texaco, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29417292 | + | EDI: STF1.COM | Jun 23 2021 01:18:00 | Suntrust Bank, Attn: Bankruptcy, Mailcode |

| | | | |
|---|---|---|---|
| | | | VA-RVW-6290, PO Box 8509, Richmond, VA 23286-0001 |
| 29417294 | + | EDI: RMSC.COM | |
| | | Jun 23 2021 01:18:00 | Synchrony Bank/Stein Mart, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 29417295 | + | EDI: RMSC.COM | |
| | | Jun 23 2021 01:18:00 | Synchrony/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29417296 | + | EDI: RMSC.COM | |
| | | Jun 23 2021 01:18:00 | Synchrony/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29417277 | + | Email/Text: revenuebankruptcy@volusia.org | |
| | | Jun 22 2021 21:24:00 | Volusia County Tax Collector, 123 West Indiana Avenue, Room 103, Deland FL 32720-4615 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis D Kennedy | trustee@ddkennedy.com  dkennedy@iq7technology.com;ecf.alert+Kennedy@titlexi.com |
| Robert H. Zipperer | on behalf of Joint Debtor Lillian Ditrani robertzipperer@bellsouth.net |
| Robert H. Zipperer | on behalf of Debtor Michael Ditrani robertzipperer@bellsouth.net |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 **Michael Ditrani** | Social Security number or ITIN **xxx–xx–0998** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Lillian Ditrani** | Social Security number or ITIN **xxx–xx–6469** |
| (Spouse, if filing) First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Florida**

Case number:  **6:21–bk–01033–LVV**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Ditrani                     Lillian Ditrani

-

_Dated: June 22, 2021_

_____
Lori V. Vaughan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---